UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN KEITH RICHARDSON,<br><br>          Petitioner,<br><br>    v.<br><br>FRANCISCO J. QUINTANA,<br><br>          Respondent. | NO.  CV 11-8199-SVW (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:  May 19, 2014                            _____
                                                     STEPHEN V. WILSON
                                                United States District Judge